# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID WHITESIDE,** | ) | **CASE NO. 4:14CV3050** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **DEPARTMENT OF VETERANS AFFAIRS, DEPARTMENT OF DEFENSE, and DEPARTMENT OF AIR FORCE,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on its own motion. On June 24, 2014, the Court conducted an initial review of Plaintiff's Complaint and found that it failed to state a claim upon which relief may be granted. (Filing No. 6.) The Court gave Plaintiff the opportunity to file an amended complaint. The Court warned Plaintiff that failure to file an amended complaint by a specified date would result in dismissal of this matter without further notice. (*Id.*) The deadline for filing an amended complaint has passed, and Plaintiff has not filed an amended complaint or asked for an extension of time in which to do so. Accordingly,

IT IS ORDERED: This matter is dismissed without prejudice. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 11th day of August, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge